THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| AMERICAN LEGEND COOPERATIVE,<br><br>    Plaintiff,<br><br>    v.<br><br>INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania Corporation,<br><br>    Defendant. | Case No. C09-1821 RSL<br><br>**RULE 7.1 DISCLOSURE OF DEFENDANT INDEMNITY INSURANCE COMPANY OF NORTH AMERICA** |

Pursuant to Fed. R. Civ. P. 7.1, Defendant Indemnity Insurance Company of North America ("IICNA") hereby certifies that IICNA is a Pennsylvania corporation with its main office located in Philadelphia. 100% of the stock of Indemnity Insurance Company of North America is owned by INA Holdings Corporation. The ultimate parent company of both Indemnity Insurance Company of North America and INA Holdings Corporation is ACE Limited, a public corporation organized under the laws of the country of Switzerland and headquartered in Bermuda, whose stock is traded on the New York Stock Exchange under the symbol "ACE." No company other than ACE Limited owns directly or indirectly more than 10% of the stock of Indemnity Insurance Company of North America.

//

//

RULE 7.1 DISCLOSURE OF DEF INDEMNITY INSURANCE COMPANY OF NORTH AMERICA - 1

(Case No. C09-1821 RSL)

SEATTLE\912225\1 230564.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

DATED this 28th day of December, 2009.

                COZEN O'CONNOR


By: */s/ Rodney Q. Fonda*
    Rodney Q. Fonda, WSBA No. 6594
    Kevin A. Michael, WSBA No. 36976

1201 Third Avenue, Suite 5200
Seattle, Washington 98101
Telephone: 206.340.1000
Toll Free Phone: 800.423.1950
Facsimile: 206.621.8783
E-mail:  rfonda@cozen.com
         kmichael@cozen.com

Attorneys for Defendant Indemnity Insurance Company of North America

RULE 7.1 DISCLOSURE OF DEF INDEMNITY INSURANCE COMPANY OF NORTH AMERICA - 2

(Case No. C09-1821 RSL)

SEATTLE\912225\1 230564.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2009, I electronically filed the following documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: James E. Howard, Esq., Dorsey & Whitney, LLP, 701 Fifth Avenue, Suite 6100, Seattle, Washington 98104.

RULE 7.1 DISCLOSURE OF DEFENDANT INDEMNITY INSURANCE COMPANY OF NORTH AMERICA

DATED this 28th day of December, 2009.

COZEN O'CONNOR

By: */s/ Dava Bowzer*, Legal Assistant to
Rodney Q. Fonda, WSBA No. 6594

1201 Third Avenue, Suite 5200
Seattle, Washington 98101
Telephone: 206.340.1000
Facsimile: 206.621.8783
E-mail:   dbowzer@cozen.com
              rfonda@cozen.com

RULE 7.1 DISCLOSURE OF DEF INDEMNITY INSURANCE
COMPANY OF NORTH AMERICA - 3

(Case No. C09-1821 RSL)

SEATTLE\912225\1  230564.000

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000